# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 1:19-cv-0444-TLW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CB&I AREVA MOX Services, LLC, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**JOINT STIPULATION OF DISMISSAL AS TO CB&I AREVA MOX SERVICES, LLC**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff United States and the Defendant MOX Services, LLC, formerly known as CB&I AREVA MOX Services, LLC ("MOX"), by and through their respective counsel, hereby stipulate and agree that the Defendant MOX is dismissed from this action with prejudice. Each party shall bear its own costs in connection with the above-captioned case.

WE SO AGREE AND STIPULATE.

Dated: March 14, 2022                                                  Respectfully submitted,

*s/Lindsay A. Joyner*                                                       COREY F. ELLIS
John E. Cuttino (Fed. Bar No. 00394)                     UNITED STATES ATTORNEY
Lindsay A. Joyner (Fed. Bar No. 11557)
GALLIVAN, WHITE & BOYD, PA                        *s/Johanna C. Valenzuela*
1201 Main Street, Suite 1200                                   Johanna C. Valenzuela (#11130)
Post Office Box 7368                                                Sheria A. Clarke (#13435)
Columbia, South Carolina 29202                          Assistant United States Attorneys
(803) 779-1833                                                          1441 Main St., Suite 500
(803) 779-1767 (f)                                                     Columbia, SC  29201
jcuttino@gwblawfirm.com                                      (803) 929-3122
ljoyner@GWBlawfirm.com                                    Johanna.Valenzuela@usdoj.gov

Thomas E Wheeler, II                                              Jamie Ann Yavelberg
                                                                                      Robert McAuliffe

<table>
</table>

| | |
|---|---|
| Frost Brown Todd LLC<br>PO Box 44961<br>Indianapolis, IN 46244<br>317-237-3800<br>twheeler@fbtlaw.com | Don Williamson<br>Rory L. Skaggs<br>Attorneys, Civil Division<br>United States Department of Justice<br>P.O. Box 261, Ben Franklin Station<br>Washington, D.C. 20044<br>***Attorneys for the United States of America*** |
| Anthony W Overholt<br>Frost Brown Todd LLC<br>PO Box 44961<br>Indianapolis, IN 46244<br>aoverholt@fbtlaw.com | |

***Attorneys for Defendant***
***CB&I AREVA MOX Services, LLC, et al.***


   *s/ Bill Nettles*_____
Bill Nettles (Fed. Bar No. 6586)
Frances C Trapp (Fed. Bar No. 6376)
BILL NETTLES LAW
2008 Lincoln Street
Columbia, SC 29201
bill@billnettleslaw.com
fran@billnettleslaw.com

Mary E Lentz *(pro hac vice)*
FOOS & LENTZ, LLP
500 Performance Place
109 North Main Street
Dayton, OH 45402
mlentz@flp.law
***Attorneys for Wise Services, Inc.***