# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. 1:19-cv-0444-TLW |
| Plaintiff, | |
| vs. | |
| CB&I AREVA MOX Services, LLC, *et al.*, | |
| Defendants. | |

## NOTICE OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL

Plaintiff United States of America, on behalf of the National Nuclear Security Administration (collectively the "United States"), and Defendant Wise Services, Inc. ("Wise") have settled this action subject to the terms of the attached Settlement Agreement (Exhibit 1).

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff United States and Defendant Wise, by and through their respective counsel, hereby stipulate and agree that Defendant Wise is dismissed from this action without prejudice. Each party shall bear its own costs in connection with the above-captioned case.

Because the attached settlement requires Wise to make installment payments to the United States to resolve this case, the United States requests that the Court retain jurisdiction to enforce the settlement agreement. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 381–82 (1994).

January 3, 2023

Respectfully submitted,

ADAIR F. BOROUGHS
United States Attorney

By: s/Johanna C. Valenzuela
Johanna C. Valenzuela (#11130)
Assistant United States Attorney

1441 Main St., Suite 500
Columbia, SC  29201
(803) 929-3122
Johanna.Valenzuela@usdoj.gov

Jamie Ann Yavelberg
Robert McAuliffe
Don Williamson
Rory L. Skaggs
Attorneys, Civil Division
United States Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
*Attorneys for the United States of America*

By:  s/Bill Nettles_____
Bill Nettles (Federal ID No. 6586)
bill@billnettleslaw.com
Fran Trapp (Federal ID No. 6376)
2008 Lincoln Street
Columbia, South Carolina 29201
803-814-2826

Mary E. Lentz (0043985)
GOTTSCHLICH & PORTUNE, LLP
109 North Main Street, Suite 500
Dayton, OH 45402
937-913-0200
*Attorneys for Wise Services, Inc.*